## 20440

GOVERNMENT EMPLOYEES INSURANCE COMPANY, Appellant, v. Melinda A. DUBAY, Respondent.

(235 S. E. (2d) 137)

*Joseph R. Young, Esq.,* of *Young, Clement & Rivers,* Charleston, *for Appellant.*

*Ellis I. Kahn, Esq.,* of *Solomon, Kahn, Roberts & Smith,* Charleston, *for Respondent.*

May 23, 1977.

*Per Curiam:*

The order of the lower court is contra to our ruling in the case *Nationwide Insurance Co. v. Bair,* 257 S. C. 551, 186 S. E. (2d) 410 (1972). Upon this appeal counsel requested and was granted the right to argue against and to urge the reversal of our holding in that case.

After hearing argument of counsel, we adhere to our ruling in *Nationwide* and accordingly the order of the lower court is

Reversed.